FORM TO BY USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUN 2 2 2016

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CASE NO. 14-270

Jury Trial: [ ] Yes [✓] No

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff: CARlOS JOHNSON
Address: PO BOX 600 GRADY AR 71644

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of Defendant: BRANDON DJORDJEVIC
Place of Employment: FORTSMITH PD 100 S. 10TH St FORTSMITH Ar 72901

Name of Defendant: ALEJANDRO MARIN
Place of Employment: FORTSMITH PD 100 S-10th St FORTSmith AR 72901

Name of Defendant: FORTSMITH PD 100 S. 10th St FORTSmith AR 72901
Place of Employment: ______

Name of Defendant: ______
Place of Employment: ______

II. Are you suing the defendants in:

[ ] official capacity only
[ ] personal capacity only
[✓] both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

[ ] Yes [✓] No

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

[ ] Parties to the previous lawsuit:

Plaintiffs:________________________________

Defendants:________________________________

[ ] Court (if federal court, name the district; if state court, name the county):

[ ] Docket Number:________________________________

[ ] Name of judge to whom case was assigned:________________

[ ] Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?)________________________________

[ ] Approximate date of filing lawsuit:________________________

[ ] Approximate date of disposition:________________________

IV. Place of present confinement: ________________________________

V. At the time of the alleged incident(s), were you:

[ ] in jail and still awaiting trial on pending criminal charges

[ ] serving a sentence as a result of a judgment of conviction

[ ] in jail for other reasons (e.g. alleged probation violation, etc.) explain:

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. failure to completed the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

ON JAN-31 2014 I was STOPED BY OFFICER AlEJANDRO MARIN FOR no Reson Then Came BACK UP WITCH WAS OFFICER BRANDON DJOROJEVIC AND I Got CHARGE TO 2ND DEGREE BATTERY ON OFFICER BRANDON AND ALSO I HAD to Ball out ALSO ON other suit Paper Then At my PTR Hearing I Got Found Guilty OF A CHARGE I DID Not Do. ON 8-6-14

[signature]

[ ] Yes [✓] No

B. Did you completely exhaust the grievances(s) by appealing to all levels within the grievance procedure?

[ ] Yes [✓] No

If not, why? I was not aware

VII. Statement of claim:

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

VIII. Relief

State breifly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Compensation

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 7 day of June, 2016

Carlos Johnson

ADC# 655088
Varner Unit
P.O. Box 600
Grady, AR 71644