IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CARLOS JOHNSON                                                                    PLAINTIFF

v.                                      No. 2:16-CV-02144

ALEJANDRO MARIN                                                                 DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 19) from United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court grant Defendant's motion (Doc. 17) to dismiss. The Court has conducted careful review of this case and agrees that dismissal pursuant to Federal Rule of Civil Procedure 25(a) is appropriate. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant's motion to dismiss (Doc. 17) is GRANTED and this case is DISMISSED WITHOUT PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 11th day of October, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE